MAR 03 2008

**FILED**

MAR 03 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet



**Plaintiff(s):** RICKY HAMILTON

**Defendant(s):** ALLEN, et al.

**County of Residence:** KNOX

**County of Residence:**

**Plaintiff's Address:**

Ricky Hamilton
R-12533
Hill - HIL
P.O. Box 1700
GAlesburg, IL  61401

**Defendant's Attorney:**

08CV1268
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** M. Bew/R   **Date:** 3/3/08