**F I L E D**

**MAR 0 3 2008**

MAR   3 2008 _MB_

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

RICKY HAMILTON
_____Plaintiff_____

v.

ALLEN, ET. AL
_____Defendant(s)_____

**08CV1268**

c **JUDGE KOCORAS**

Jı **MAGISTRATE JUDGE BROWN**

---

_Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:_

I, RICKY HAMILTON, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # R12533   Name of prison or jail: HILL C.C.
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $10.00

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? _Mark an X in either "Yes" or "No", and then check all boxes that apply in each category._

   a. Salary or wages   ☐Yes   ☒No
      Amount_____ Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
      Amount_____ Received by_____

c.    ☐ Rent payments, ☒ interest or ☐ dividends                                ☐Yes        ☒No
Amount_____Received by_____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                               ☐Yes        ☒No
Amount_____Received by_____

e.    ☐ Gifts or ☐ inheritances                                                ☐Yes        ☒No
Amount_____Received by_____

f.    ☐Any other sources (state source:_____)              ☐Yes        ☒No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
      savings accounts?              ☐Yes      ☒No      Total amount:_____
      In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
      financial instruments?                                    ☐Yes        ☒No
      Property:_____ Current Value:_____
      In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
      condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
      Address of property:_____
      Type of property:_____ Current value:_____
      In whose name held:_____ Relationship to you:_____
      Amount of monthly mortgage or loan payments:_____
      Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
      homes or other items of personal property with a current market value of more than $1000?
                                                                               ☐Yes        ☒No
      Property:_____
      Current value:_____
      In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and
      indicate how much you contribute monthly to their support. If none, check here ☒No dependents
      _____
      _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _Feb. 5, 2008_

_Ricky Hamilton_
Signature of Applicant

_RICKY HAMILTON_
(Print Name)

----

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _Ricky Hamilton_, I.D.# _R18533_, has the sum

_319.34_ on account to his/her credit at (name of institution) _Hill C.C._

applicant has the following securities to his/her credit: _—0—_. I further

past six months the applicant's average monthly deposit was $ _110.83_.

all sources and then divide by number of months).

_SIGNATURE OF AUTHORIZED OFFICER_

_Cheryl Aplin_
(Print name)

```
 10 • 00 +
 20 • 00 +
 35 • 00 +
 20 • 00 +
 35 • 00 +
 25 • 00 +
 10 • 00 +
 25 • 00 +
200 • 00 +
 10 • 00 +
 40 • 00 +
 25 • 00 +
 10 • 00 +
 50 • 00 +
 50 • 00 +
 50 • 00 +
665 • 00 ◊

665 • 00 ÷
   6 • =
 110 • 83 *

   0 • *
```

Page 3 of 3

Date: 2/14/2008
Time: 3:53pm
d_list_inmate_trans_statement_composite

**Hill Correctional Center**
**Trust Fund**
View Transactions

Page 1

**Inmate: R12533 Hamilton, Ricky**          **Housing Unit: HIL-R2-D -53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 3.68 |
| 08/09/07 | Payroll | 20 Payroll Adjustment | 221179 | | P/R month of 07/2007 | 10.00 | 13.68 |
| 08/16/07 | Point of Sale | 60 Commissary | 228724 | 406151 | Commissary | -5.51 | 8.17 |
| 08/17/07 | Mail Room | 01 MO/Checks (Not Held) | 229215 | 20033480188 | Griggs, Jennifer | 20.00 | 28.17 |
| 08/17/07 | Disbursements | 84 Library | 229363 | Chk #94532 | 08-10-07, IDOC Central IBF, Inv. Date: 08/10/2007 | -1.10 | 27.07 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229363 | Chk #94544 | 08-08-07, DOC: 523 Fund Inmate, Inv. Date: 08/08/2007 | -.41 | 26.66 |
| 08/17/07 | Point of Sale | 60 Commissary | 229724 | 406210 | Commissary | 5.51 | 32.17 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 241263 | 067393 | Phillips, Martha | 35.00 | 67.17 |
| 09/13/07 | Point of Sale | 60 Commissary | 256721 | 408342 | Commissary | -10.45 | 56.72 |
| 09/18/07 | Mail Room | 01 MO/Checks (Not Held) | 261257 | 200334808730 | Griggs, Jennifer | 20.00 | 76.72 |
| 10/22/07 | Point of Sale | 60 Commissary | 295724 | 411603 | Commissary | -68.00 | 8.72 |
| 10/24/07 | Mail Room | 01 MO/Checks (Not Held) | 297215 | 070652 | Phillips, Martha | 35.00 | 43.72 |
| 11/06/07 | Point of Sale | 60 Commissary | 310721 | 412738 | Commissary | -15.42 | 28.30 |
| 11/13/07 | Mail Room | 01 MO/Checks (Not Held) | 317215 | 367406 | Hamilton, Christie | 25.00 | 53.30 |
| 11/16/07 | Payroll | 20 Payroll Adjustment | 320179 | | P/R month of 10/2007 | 10.00 | 63.30 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320363 | Chk #95366 | 11-06-07, DOC: 523 Fund Inmate, Inv. Date: 11/06/2007 | -.17 | 63.13 |
| 11/28/07 | Point of Sale | 60 Commissary | 332721 | 415279 | Commissary | -37.48 | 25.65 |
| 11/30/07 | Mail Room | 01 MO/Checks (Not Held) | 334215 | 072669 | Phillips, Martha | 25.00 | 50.65 |
| 12/03/07 | Mail Room | 10 Western Union - Not Held | 337200 | 1592466833 | RENDON, WENDY | 200.00 | 250.65 |
| 12/07/07 | Disbursements | 88 membership | 341363 | Chk #95490 | 12-07-07, Inmate Connection. C, Inv. Date: 12/07/2007 | -25.00 | 225.65 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347179 | | P/R month of 11/2007 | 10.00 | 235.65 |
| 12/14/07 | Mail Room | 01 MO/Checks (Not Held) | 348215 | 073801 | Phillips, Martha | 40.00 | 275.65 |
| 12/17/07 | Disbursements | 84 Library | 351363 | Chk #95594 | 12-17-07, IDOC Central IBF, Inv. Date: 12/17/2007 | -2.15 | 273.50 |
| 12/17/07 | Disbursements | 84 Library | 351363 | Chk #95594 | 12-17-07, IDOC Central IBF, Inv. Date: 12/17/2007 | -.80 | 272.70 |
| 12/17/07 | Disbursements | 84 Library | 351363 | Chk #95594 | 12-17-07, IDOC Central IBF, Inv. Date: 12/17/2007 | -5.20 | 267.50 |
| 12/17/07 | Disbursements | 84 Library | 351363 | Chk #95594 | 12-17-07, IDOC Central IBF, Inv. Date: 12/17/2007 | -1.30 | 266.20 |
| 12/17/07 | Disbursements | 80 Postage | 351363 | Chk #95607 | 11-29-07, DOC: 523 Fund Inmate, Inv. Date: 11/29/2007 | -.97 | 265.23 |
| 12/17/07 | Disbursements | 80 Postage | 351363 | Chk #95607 | 12-13-07, DOC: 523 Fund Inmate, Inv. Date: 12/13/2007 | -1.99 | 263.24 |
| 12/17/07 | Disbursements | 80 Postage | 351363 | Chk #95607 | 11-27-07, DOC: 523 Fund Inmate, Inv. Date: 11/27/2007 | -1.65 | 261.59 |
| 12/27/07 | Point of Sale | 60 Commissary | 361722 | 418039 | Commissary | -143.52 | 118.07 |
| 12/31/07 | Mail Room | 01 MO/Checks (Not Held) | 365215 | 57200547981 | Farmer, Denise | 25.00 | 143.07 |
| 01/10/08 | Point of Sale | 60 Commissary | 010705 | 419122 | Commissary | -81.71 | 61.36 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011179 | | P/R month of 12/2007 | 10.00 | 71.36 |
| 01/17/08 | Disbursements | 80 Postage | 017363 | Chk #95924 | 12-20-07, DOC: 523 Fund Inmate, Inv. Date: 12/20/2007 | -2.91 | 68.45 |
| 01/25/08 | Point of Sale | 60 Commissary | 025722 | 420695 | Commissary | -46.71 | 21.74 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035215 | 152075 | Hawkins, Lori | 50.00 | 71.74 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035215 | 152074 | Hawkins, Karen | 50.00 | 121.74 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035215 | 152076 | Hawkins, Willie | 50.00 | 171.74 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035215 | 152073 | Hawkins, Lori | 50.00 | 221.74 |

Date: 2/14/2008
Time: 3:53pm
d_list_inmate_trans_statement_composite

**Hill Correctional Center**
**Trust Fund**
View Transactions

Page 2

**Inmate: R12533 Hamilton, Ricky**               **Housing Unit: HIL-R2-D -53**

| | |
|---|---:|
| Total Inmate Funds: | 221.74 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.40 |
| Funds Available: | 219.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |