UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) RICKY HAMILTON

V.

Defendant(s) ALLEN, ET. AL

FILED
MAR 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: _____

Judge: _____

08CV1268
JUDGE KOCORAS
MAGISTRATE JUDGE BROWN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __RICKY HAMILTON__, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Ricky Hamilton_
Movant's Signature

_2-5-2008_
Date

_600 S. Linwood_
Street Address

_Galesburg, IL. 61402_
City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: SIMMONS                    Case Number: 98CR25095

Case Title: MURDER

Appointed Attorney's Name: MARY DANAHY

If this case is still pending, please check box ☐

---

Assigned Judge: SIMMONS                    Case Number: 98CR25095

Case Title: DIRECT APPEAL

Appointed Attorney's Name: AMY WALLER

If this case is still pending, please check box ☐

---

Assigned Judge: _____                Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____                Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐