FILED

7/18/02

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

JUL 15 2008
Jul 15. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)  RICKY HAMILTON                    )
                                                )    Case Number:  08 C 1268
                        V.                      )
                                                )
Defendant(s)  J. ALLEN, ET. AL.                 )    Judge:  KOCORAS
                                                )

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, _RICKY HAMILTON_ ,declare that I am the (check appropriate box)
    [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding[NOTE: This item *must* be completed]: I HAVE WROTE A NUMBER OF
    SOURCES IN REQUEST OF PRO BONO ASSISTANCE, SOURCES SUCH AS :
    THE JOHN HOWARD ASSOCIATION, JONATHAN K. BAUM OF KATTEN, MUCHIN
    ROSENMAN LLP AND THE UPTOWN PEOPLE'S LAW CENTER. SEE THE
    ATTACHED AFFIDAVIT IN SUPPORT OF MOTION.

3.  In further support of my motion, I declare that (check appropriate box):

    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In
    Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

_Ricky Hamilton_                          _P.O. Box 1700_
Movant's Signature                        Street Address

_6/24/08_                                 _GALESBURG, IL. 61402_
Date                                      City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _SIMMONS_____ Case Number: _98 CR 25075_

Case Title: _MURDER_____

Appointed Attorney's Name: _MARY DANAHY_____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

EXHIBIT "L"



**Katten**

Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

February 25, 2008

<u>LEGAL MAIL</u>

JONATHAN K. BAUM
jonathan.baum@kattenlaw.com
312.902.5479   312.577.8672 fax

Ricky Hamilton
Reg. R12533
P.O. Box 1700
Galesburg, IL 61402

Dear Mr. Hamilton:

I am in receipt of your request for pro bono legal assistance.  Unfortunately, our firm will be unable to provide you with such assistance.  This determination on our part does not represent any evaluation of the merits of your legal claim.

Sincerely,

Jonathan K. Baum

JKB:jj

50471013_1

IN THE

U.S. DISTRICT COURT
NORTHERN DISTRICT ILLINOIS

RICKY HAMILTON                          )
_____ )
Plaintiff,                               )
                                         )   Case No. 08C1268
                                         )
     v.                                  )
                                         )
J. ALLEN et. al.                         )
_____ )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: PRISONER CORRESPONDENCE        TO:
CLERK'S OFFICE                      DEFENDANTS
U.S. DISTRICT COURT                 J. ALLEN et. AL.
219 S. DEARBORN ST.                 _____
CHICAGO, IL. 60604                  _____

PLEASE TAKE NOTICE that on ___7/10___, 20 08, I have placed the
documents listed below in the institutional mail at ___HILL___ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: MOTION FOR APPOINTMENT
OF COUNSEL AND CONSENT TO EXERCISE OF
JURISDICTION FORM

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 7/10/08                    /s/ Ricky Hamilton
                                 NAME: RICKY HAMILTON
                                 IDOC#: R12573
                                 HILL   Correctional Center
                                 P.O. BOX 1700
                                 GALESBURG        , IL 61402

Revised Jan 2002