State of Illinois      )
                       )
                       )

08C1268

FILED

JUL 1 5 2008

MICHAEL W. DOBBINS
CLERK. U.S. DISTRICT COURT

**AFFIDAVIT IN SUPPORT OF**

**MOTION FOR APPOINTMENT OF COUNSEL**

I Ricky Hamilton, first being duly sworn and under oath,

do depose and say:

1. I Ricky Hamilton assert that I have asserted myself in attempting
   to procur counsel in the current civil proceedings.

2. Over the past year I have attempted to procur counsel in this
case yet have been unsuccessful thus far , even though I have
tried a number of different sources.

3. I have only received a minimal amout of responses back from
the different lawyerd and firms I attempted to contact in ordér
to procur counsel. I have received responses from such sources as:
Jonathan K. Baum of Katten Muchun Rosenman LLP: The John Howard Ass-
ociation. See the attached document labeled Exhibit "L": also see
the attached document to the previous submitted Order To Casse
which I recently submitted to this Court, it contains the response
from the John Howard Association.

4. Some other sources I have sent requests for representation inc_
lude Ms.Mary Trew of Pro Bono Advocates and also The Uptown People's
Law Center.

5. The Plaintiff  regrets not having included all of this informa-
tion in his original motion, yet this mistake exhibits the very
reason why he should be granted counsel, for his lack of basiac know-
ledge in the foregoing civil proceedings, I the plaintiff in this
case is without a high school diploma and thus ignorant of the law
and withopt the appropiate funds to retain counsel.

6. Therefore I humbly pray that this Court grant my Motion for
appointment of counsel.

                                        x Ricky Hamilton