## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES P. KOCORAS | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1268 | **DATE** | July 21, 2008 |
| **CASE TITLE** | Ricky Hamilton (R-12533) v. J. Allen, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summons to Defendants Lieutenant Davis and Correctional Officer Edwards. When Plaintiff receives the USM-285 forms from the Marshal, he must provide more information in order to identify Defendants Davis and Edwards, such as a first name and/or badge number or a physical description or the shift and location and time and date of the incident.

*Charles P. Kocoras*
U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|