IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY HAMILTON, ) | |
| ) | No. 08 C 1268 |
| Plaintiff, ) | |
| ) | Hon. Charles P. Kocoras |
| v. ) | Judge Presiding |
| ) | |
| J. ALLEN, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO ENLARGE

NOW COME Defendants, MICHAEL BUCZKOWSKI, MARK WILSON and MICHAEL GRANT by and through their attorney, LISA MADIGAN, Illinois Attorney General, and move this Court to grant Defendants additional time to respond to Plaintiff's complaint. In support of their motion, Defendants state:

1. An appearance was filed on July 28, 2008 for Michael Buczkowski, Mark Wilson, and Michael Grant.

2. However, there are other Defendants, Officer Allen, Officer Edwards, Officer Palma, Officer Givens, Officer Davis, and Officer Brown who will be represented by the Illinois Attorney General's Office.

3. According to the electronic filing system, it does not appear that all of the aforementioned Defendants have been served.

4. As of August 4, 2008, the Illinois Attorney General's Office has not received requests for representation from any of the other Defendants.

5. Once requests for representation have been received from the other Defendants, more time will be needed to investigate the allegations in the complaint and to investigate whether there

are any conflicts by representing all of the served defendants.

6. In any event, it is likely that the Defendants in this case will share common defenses and litigation strategies.

7. In the interests of judicial economy, Defendants request an enlargement of time to file their responsive pleading so that once requests for representation for the other defendants are received, all Defendants may further investigate Plaintiff's allegations and whether any conflicts exist.

8. This motion is made in good faith and not for purposes of delay.

9. Plaintiff will not be unfairly prejudiced by the granting of this motion, but prejudice will inure if it is not granted.

WHEREFORE, Defendants respectfully pray that this Honorable Court grant this motion for enlargement of the time to file their response to Plaintiff's Complaint until August 29, 2008.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By: s/ Camile Lindsay
CAMILE J. LINDSAY
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Fl.
Chicago, Illinois 60601
(312) 814-4329